UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

---------------------------------------x
ELISHA ELLERBE,

                Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC
and TRANS UNION, LLC,

                Defendants.
---------------------------------------x

Case No.: 3:20-cv-00411-MMH-JRK

**NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

Plaintiff Elisha Ellerbe ("Plaintiff") hereby notifies the Court that the present case has been settled between Plaintiff and Defendant Equifax Information Services, LLC (collectively, the "parties"), and states as follows:

1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this action as to Defendant Equifax Information Services, LLC, and adjourn all deadlines and conferences.

DATED: July 23, 2020        **COHEN & MIZRAHI LLP**
                                       YOSEF STEINMETZ
                                       Florida Bar No. 119968

                                       /s/ Yosef Steinmetz
                                       YOSEF STEINMETZ

- 2 -

300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
Telephone: 929/575-4175
929/575-4195 (fax)
yosef@cml.legal

*Attorneys for Plaintiff ELISHA ELLERBE*