**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ELISHA ELLERBE,

     Plaintiff,

v.
                                        Case No.   3:20-cv-411-J-34JRK

EQUIFAX INFORMATION
SERVICES, LLC,

     Defendant.

_____

## O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on the Stipulation of Dismissal With Equifax

Information Services, LLC (Dkt. No. 25; Stipulation) filed on September 21, 2020.   In the

Stipulation, the parties request dismissal of this matter with prejudice.   See Stipulation at

1.   Accordingly, it is hereby

     **ORDERED:**

     1.     This case is **DISMISSED with prejudice**.

     2.     Each party shall bear their own costs, disbursements, or attorneys' fees.

     3.     The Clerk of the Court is directed to terminate all pending motions and close

          the file.

     **DONE AND ORDERED** in Jacksonville, Florida this 22nd day of September, 2020.

MARCIA MORALES HOWARD
United States District Judge

ja                                                            - 2 -

Copies to:

Counsel of Record